MARS INCORPORATED and Mei, Inc., Plaintiffs–Appellees,

v.

JCM AMERICAN CORP. and Japan Cash Machine Co., Ltd., Defendants–Appellants.

No. 2009–1555.

United States Court of Appeals, Federal Circuit.

May 5, 2010.

Michael T. Renaud, Pepper Hamilton LLP, of Boston, MA, argued for plaintiffs-appellees. With him on the brief were James M. Wodarski and Lana A. Gladstein.

David B. Abel, DLA Piper LLP (US), of Los Angeles, CA, argued for defendants-appellants. Of counsel were William J. Hughes, Jr., Cooper Levenson April Niedelman & Wagenheim, P.A., of Atlantic City, NJ, and Michael D. Rounds, Watson Rounds, of Reno, NV.

MAYER, LOURIE, and LINN, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.